LACKAWANNA STEEL CONSTRUCTION CORPORATION, Appellant, v. P. J. GREENOUGH ENGINEERING COMPANY, INC., and Others, Respondents.— Judgment so far as appealed from affirmed, with one bill of costs to the respondents filing briefs on this appeal against the plaintiff. All concur. [150 Misc. 147.]

EDWARD P. PATTISON and Others, Respondents, v. THE STATE OF NEW YORK, Appellant. (Claim No. 23192.) — Judgment affirmed, with costs. All concur. [149 Misc. 198.]

PEGGY RIZZO, an Infant, by Her Guardian ad Litem, MARY RIZZO, Respondent, v. LA MODE PERMANENT WAVE CORPORATION, Appellant.— Judgment affirmed, with costs. All concur.

NICHOLAS MOGAVERO, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur, except Sears, P. J., and Taylor, J., who dissent and vote for reversal on the law and facts on the ground that the finding of total and permanent disability as defined in the policy is contrary to and against the weight of the evidence.

ANTHONY ZAMIARSKI, Respondent, v. CATHERINE BABICZ, Appellant, and MARTIN WAJDA and Another, Respondents.— Judgment affirmed, with costs. All concur.

GEORGE D. NEWTON, as Committee of the Person and Estate of MICHAEL P. BUCKLEY, an Incompetent Person, Appellant, v. MERCHANTS AND FARMERS NATIONAL BANK OF DANSVILLE, NEW YORK, Respondent.— Judgment affirmed, with costs. All concur.

In the Matter of the Claim of SARAH BASTIAN, Respondent, against THE ESTATE OF AMANDA KEMP, Deceased. NORA WETMORE, as Executrix, etc., of AMANDA KEMP, Deceased, Appellant.— Decree affirmed, with costs payable out of the estate. All concur.

FRANK FISHER, Respondent, v. THE CITY OF UTICA, Appellant.— Judgment and order affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MARJORIE HILTON, Respondent, v. CLARK BATES, Appellant.— Order affirmed, without costs. All concur.

CATHERINE BERNUNZIO, Appellant, v. WILLIAM T. PLUMB and Another, Ancillary Receivers of the New York State Railways, Respondents.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and for granting a new trial on the authority of *Lehr* v. *S. & H. P. R. R. Co.* (118 N. Y. 556); *Knaisch* v. *Joline* (138 App. Div. 854); *Ryan* v. *Brooklyn City R. Co.* (216 id. 732); *Morey* v. *N. Y. C. R. R. Co.* (234 id. 210; affd., 260 N. Y. 691).

JOHN BERNUNZIO, Appellant, v. WILLIAM T. PLUMB and Another, Ancillary Receivers of New York State Railways, Respondents.— Judgment affirmed, with costs. All concur, except Taylor, J., who dissents and votes for reversal on the law and for granting a new trial on the authority of *Lehr* v. *S. & H. P. R. R. Co.* (118 N. Y. 556); *Knaisch* v. *Joline* (138 App. Div. 854); *Ryan* v. *Brooklyn City R. Co.* (216 id. 732); *Morey* v. *N. Y. C. R. R. Co.* (234 id. 210; affd., 260 N. Y. 691).

ROZALIA KOWALSKI, Respondent, v. POLISH ROMAN CATHOLIC UNION OF AMERICA, Appellant.— Judgment affirmed, with costs. All concur.

DOMINICK VERSAGE, Appellant, v. KENNETH E. STILES and Another, Respondents.— Judgments and orders affirmed, with costs. All concur.

GAETANA VERSAGE, Appellant, v. KENNETH E. STILES and Another, Respondents.— Judgments and orders affirmed, with costs. All concur.